**No. 52857.**—Marianao Sugar Trading Corporation *v.* United States, protest 141160–K (New York).

Opinion by JOHNSON, J. At the trial it was stipulated that the issues and facts herein are similar to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as not landed, not found, were not in fact landed. In accordance with stipulation and following the decision cited it was held that the merchandise, insofar as it involves the quantities reported by the inspector as "not landed, not found," is subject to an allowance in duties. The protest was sustained to this extent.

**No. 52858.**—William J. Oberle, Inc. *v.* United States, protest 134596–K/12929 (New Orleans).

Opinion by JOHNSON, J. At the trial it was agreed that 15 bags of alfalfa seed were never imported into this country. In accordance with the agreed statement of facts it was held that all duty taken upon the 15 bags of alfalfa seed, not landed, should be refunded. *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) followed.

**No. 52859.**—William J. Oberle, Inc. *v.* United States, protest 134891–K/12938 (New Orleans).

Opinion by JOHNSON, J. At the trial it was agreed that 17 bags of canary seed were never imported into this country. In accordance with the agreed statement of facts it was held that all duty taken upon the 17 bags of canary seed, not landed, should be refunded. *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) followed.

**No. 52860.**—Philipp Brothers, Inc., and Traders Service Corp. *v.* United States, protests 138288–K and 139093–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in each case the court was unable to find any evidence sufficient to overcome the action of the collector which was presumptively correct. The protests were therefore overruled.